IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3096 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ANDREW JAMES STRAUGHN, | ) | |
| | ) | |
| Defendant. | ) | |

I have received correspondence from Terrie Youngblood concerning Defendant Straughn. I shall direct that it be filed and a copy provided to counsel for the government and counsel for the defendant.

IT IS ORDERED that the correspondence from Terrie Youngblood dated October 20, 2005, and received in my chambers on October 24, 2005, shall be filed in the court file and a copy of the correspondence shall be provided to counsel of record. The undersigned will take no further action regarding this correspondence.

October 24, 2005.                BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge