IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3096 |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW JAMES STRAUGHN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 28 be stricken from the record for the following reason(s):

- Document Filed in Incorrect Case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 28 from the record.

DATED this 18th day of November, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge